# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVANSTON INSURANCE COMPANY,

    Plaintiff(s),

vs.

70 LIMITED PARTNERSHIP, et al.,

    Defendant(s).

Case No. 2:14-cv-01370-RFB-NJK

ORDER

    This matter is before the Court on the parties' proposed discovery plan, Docket No. 13, which is hereby **DENIED** without prejudice in light of the below deficiencies.  First, proposed discovery plans must state the number of days sought for discovery <u>calculated from the date the first defendant answers or otherwise appears</u>.  Local Rule 26-1(e)(1).  The parties failed to do so and instead provide themselves with more than the presumptively reasonable 180-day discovery period by calculating the discovery cut-off based on the date of the Rule 26(f) conference.  *See* Docket No. 13 at 2.

    Second, the proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off.  *See id.* at 3.  Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>.  For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>.  Such a request filed only 21 days before the discovery cut-off would be untimely.

1      In an effort to ensure future compliance and complete understanding of the Local Rules, the
2 Court hereby **ORDERS** attorneys Nicholas M. Wieczorek, Howard Russell, D. Lee Roberts, David
3 J. Larson, Jeremy R. Alberts, George D. Yaron and John Peter Lee to file certifications with the
4 Court no later than October 30, 2014, indicating that they have read and comprehend Local Rules
5 26-4 and 26-1.  The Court further **ORDERS** that a proposed discovery plan that complies with the
6 Local Rules be filed no later than October 30, 2014.
7      IT IS SO ORDERED.
8      DATED: October 23, 2014

   _____
   NANCY J. KOPPE
   United States Magistrate Judge