# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>                      Plaintiff(s),<br><br>vs.<br><br>70 LIMITED PARTNERSHIP, et al.,<br><br>                      Defendant(s). | Case No. 2:14-cv-01370-RFB-NJK<br><br>ORDER |

      Pending before the Court is a motion to lift the stay for a limited purpose. Docket No. 47. The Court **ORDERS** that any response must be filed no later than December 1, 2015, and any reply must be filed no later than December 3, 2015.

      IT IS SO ORDERED.

      DATED: November 24, 2015

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge