**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) | Case No. 2:14-cv-01370-RFB-NJK |
| Plaintiff(s), ) | ORDER |
| vs. ) | (Docket No. 47) |
| 70 LIMITED PARTNERSHIP, et al., ) | |
| Defendant(s). ) | |

Pending before the Court is a motion to lift the stay for a limited purpose.  Docket No. 47.  The Court ordered any response to the motion to be filed no later than December 1, 2015.  Docket No. 49.  Certain parties filed a joinder to that motion.  Docket No. 50.  To date, no other response to the motion has been filed.  Accordingly, the motion is **GRANTED** as unopposed.

The stay in this case is lifted for the limited purpose of filing a notice of John Peter Lee's death and a motion to substitute party, both of which must be filed no later than December 9, 2015.

IT IS SO ORDERED.

DATED: December 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge