**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>70 LIMITED PARTNERSHIP, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-01370-RFB-NJK<br><br>ORDER<br><br>(Docket No. 54) |

　　　Pending before the Court is a motion to substitute a party. Docket No. 54. No response has been filed. Accordingly, the motion is hereby GRANTED as unopposed.

　　　IT IS SO ORDERED.

　　　DATED: December 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge