IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

EVANSTON INSURANCE COMPANY,   CASE NO.: 2:14-cv-01370-RFB-NJK

Plaintiff(s),

vs.

70 LIMITED PARTNERSHIP, a
Nevada L.P., et al.

Defendant(s).

## SUBSTITUTION OF ATTORNEY

ESTATE OF JOHN PETER LEE _____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Todd L. Moody (Nevada Bar No. 5430)
(New Attorney)

(Address): Hutchinson & Steffen, 10080 West Alta Drive, Suite 200, Las Vegas, NV 89145

(Telephone): (702) 385-2500 _____, as attorney of record in place and

stead of: John C. Courtney (Nevada Bar No. 11092)
(Present Attorney)

DATED: 11/2/2016                    _____ Executor
                                    (Signature of Party)

I consent to the above substitution.

DATED: 8 Nov 2016                   _____
                                    (Signature of Present Attorney)

. . .
. . .
. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: __11/2/2016__     _____
                                  (Signature of New Attorney)
4 |
5 | Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT
6 |
7 |                              APPROVED:
8 |
9 |       November 9, 2016
  | DATED: _____     _____
10|                                  United States Magistrate Judge

2