IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

EVANSTON INSURANCE COMPANY,  ) CASE NO.: 2:14-cv-01370-RFB-NJK
)
)
         Plaintiff(s),        )
)
vs.                           )
)
70 LIMITED PARTNERSHIP, a     )
Nevada L.P., et al.           )
)
         Defendant(s).        )

## SUBSTITUTION OF ATTORNEY

JOHN PETER LEE, LTD._____ (Plaintiff) [(Defendant)] hereby substitutes
(Name of Party)

Todd L. Moody (Nevada Bar No. 5430)
_____
(New Attorney)

(Address): Hutchinson & Steffen, 10080 West Alta Drive, Suite 200, Las Vegas, NV 89145

(Telephone): (702) 385-2500_____, as attorney of record in place and

stead of: John C. Courtney (Nevada Bar No. 11092)
(Present Attorney)

DATED: 11/2/2016         _____ Pres./Executor
                         (Signature of Party)

I consent to the above substitution.

DATED: 8 Nov. 2016       _____
                         (Signature of Present Attorney)

. . .
. . .
. . .

1

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 11/2/2016 _____
                              (Signature of New Attorney)
4
5  Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT
6
7                          APPROVED:
8
9  DATED: November 9, 2016  _____
10                              United States Magistrate Judge

2

6/95