GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
**LITCHFIELD CAVO LLP**
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 949-3100
Facsimile: (702) 879-9175
Email: hayes@litchfieldcavo.com

*Attorneys for Third-Party Defendant*
*Harley E. Harmon Insurance Agency, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | Case No.: 2:14-CV-01370-RFB-NJK |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| 70 LIMITED PARTNERSHIP, a Nevada L.P.; TERTIA DVORCHAK, as Special Administratix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual, | |
| Defendants, | |
| JOHN PETER LEE, LTD. and JOHN PETER LEE | |
| Third-Party Plaintiffs | |
| v. | |
| HARLEY E. HARMON INSURANCE AGENCY, INC. | |
| Third-Party Defendant | |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Third-Party Defendant, HARLEY E. HARMON INSURNCE AGENCY, INC. hereby substitutes the law firm of LITCHFIELD CAVO LLP as its attorneys of record in this matter, in the

1

451.0019 2607239 1

place and stead of the law firm of COOKSEY, TOOLEN, GAGE, DUFFY & WOOG.

Dated: Feb 13, 2017        HARLEY E. HARMON INSURNACE AGENCY, INC.

BY: _____

Print name: _____

ITS: _____

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG, APC, hereby agrees and consents to the substitution of the law firm LITCHFIELD CAVO, LLP in this matter.

DATED: 1/31, 2017        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar no. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
T: (702) 949-3100/F: (702) 879-9175
Email: ghayes@cookseylaw.com
*Counsel for Third-Party Defendant Harley E. Harmon Insurance Agency, Inc.*

LITCHFIELD CAVO LLP, hereby accepts the substitution as the attorneys of record for HARLEY E. HARMON INSURNCE AGENCY, INC in this matter.

DATED: 2/13, 2017        LITCHFIELD CAVO LLP
By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar no. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
T: (702) 949-3100/F: (702) 879-9175
Email: hayes@litchfieldcavo.com
*Counsel for Third-Party Defendant Harley E. Harmon Insurance Agency, Inc.*

Please check on: ✓ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: February 14, 2017
_____
UNITED STATES MAGISTRATE JUDGE

2

451.0019 2607239.1