# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>      Plaintiff(s),<br><br>vs.<br><br>70 LIMITED PARTNERSHIP, et al.,<br><br>      Defendant(s). | Case No. 2:14-cv-01370-RFB-NJK<br><br>ORDER<br><br>(Docket No. 74) |

  Pending before the Court is a request that the stay in this case be lifted. Docket No. 74 at 2. The Court hereby **LIFTS** the stay in this case, effective August 17, 2017. The parties shall file a proposed scheduling order by August 24, 2017.

  IT IS SO ORDERED.

  DATED: August 14, 2017

                _____
                NANCY J. KOPPE
                United States Magistrate Judge