GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay St, Suite 800
Oakland, California 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
tmoody@hutchlegal.com

Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and the ESTATE OF JOHN PETER LEE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>70 LIMITED PARTNERSHIP, a Nevada L.P.;<br>TERTIA DVORCHAK, as Special Administratrix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>JOHN PETER LEE, LTD. and JOHN PETER LEE,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>HARLEY E. HARMON INSURANCE AGENCY, INC.,<br><br>　　　　Third-Party Defendant. | CASE NO.: 2:14-CV-01370-RFB-NJK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER, PURSUANT TO LOCAL RULE IA 6-1, TO EXTEND THE DEADLINE FOR FILING A PROPOSED SCHEDULING ORDER<br>(First Request) |

This matter was stayed effective December 5, 2014, when Magistrate Judge Nancy J. Koppe issued an Order staying this action pending the resolution of the malpractice lawsuit, entitled *70 Limited Partnership, et al. v. John Peter Lee, Ltd., et al.*, Case No. A-13-691389-C, Eighth Judicial District, State of Nevada, Clark County ("*Malpractice* action").

The *Malpractice* action involved allegations of attorney malpractice by John Peter Lee, Ltd., and John Peter Lee in connection with their work on an inverse condemnation case, captioned *70 Limited Partnership, et al. v. McCarron International Airport and Clark County*, Clark County District Court, Case no A572739 ("*McCarron* action"). Moreover, the case, captioned *F &C Collections, Inc. and John Peter Lee, Ltd., v. Estate of Thomas T. Beam, Jimma Lee Beam Revocable Trust, 70 Limited, LLC., Leigh, T&D, Inc., Jimma Lee Beam (deceased), Tertia Dvorchak and Bank of Nevada*, Clark County District Court, Case No. A-13-680570-B ("*Collection* action"), began when John Peter Lee, Ltd., sought to recover the fees/costs earned prosecuting the *McCarron* action. The *Malpractice* action was filed after the *Collection* action approximately seven and one-half months later. On or about April 25, 2014, the *Malpractice* action was consolidated with the *Collection* action.

A settlement has been reached in the *Collection* action, and *Malpractice* action was dismissed. In light of these developments, the parties recently requested the Court lift the stay. The Court lifted the Stay effective August 17, 2017, and ordered the parties to file a proposed scheduling order by August 24, 2017.

This matter involves six parties. These parties are: (1) Evanston Insurance Company, (2) 70 Limited Partnership, (3) Tertia Dvorchak, (4) John Peter Lee, LTD., (5) the Estate of John Peter Lee, and (6) Harley E. Harmon Insurance Agency, Inc. Evanston Insurance Company, is the professional liability insurer of the deceased John Peter Lee and Mr. Lee's law firm - John Peter Lee, Ltd. Mr. Lee passed away during the time that this matter was stayed. 70 Limited Partnership and Tertia Dvorchak brought the *Malpractice* action against Mr. Lee and John Peter Lee, Ltd. The Estate of John Peter Lee and John Peter Lee, Ltd., filed a Third-Party Complaint against John Peter Lee, Ltd.'s insurance broker, Harley E. Harmon Insurance Agency, Inc., for claims related to the *Malpractice* action.

Within the last week, the parties have commenced settlement discussions. If the settlement discussions are successful, then the entire matter, including Counterclaims and Third-Party Complaints, will be dismissed. The parties request that the deadline for filing a proposed Scheduling Order be extended 13 days to provide the parties with sufficient time to continue their settlement discussions. If the settlement discussions are unsuccessful, then they will prepare and file a proposed Scheduling Order on or before September 6, 2017.

The Parties hereby stipulate that the deadline to file the proposed scheduling order be continued 13 days to September 6, 2017.

DATED: August 23, 2017 YARON & ASSOCIATES

By: \s\ *George D. Yaron*
GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay Street, Suite 800
Oakland, California 94612
-AND-
TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and ESTATE OF JOHN PETER LEE

DATED: August 23, 2017 CLARK HILL, PLLC

By: \s\ *Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorney for Plaintiff and Counter-Defendant
EVANSTON INSURANCE COMPANY

| | | |
|---|---|---|
| DATED: August 23, 2017 | | LITCHFIELD CAVO, LLP |

By: \s\ *Griffith H.* Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant
HARLEY E. HARMON INSURANCE
AGENCY, INC.

DATED: August 23, 2017               WEINBERG, WHEELER, HUDGINS,
                                     GUNN & DIAL, LLC

By: \s\ *Jeremy R. Alberts*
JEREMY R. ALBERTS
Nevada Bar No. 10497
HOWARD J. RUSSELL
Nevada Bar No. 8879
D. LEE ROBERTS, JR.
Nevada Bar No. 8877
DAVID J. LARSON
Nevada Bar No. 8837
6385 S. Rainbow Blvd, Suite 400
Las Vegas, Nevada 89118
Attorneys for Defendants
70 LIMITED PARTNERSHIP and
TERTIA DVORCHAK

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2017