GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay St, Suite 800
Oakland, California 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
tmoody@hutchlegal.com

Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and the ESTATE OF JOHN PETER LEE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>70 LIMITED PARTNERSHIP, a Nevada L.P.; TERTIA DVORCHAK, as Special Administratrix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual,<br><br>Defendants.<br><br>JOHN PETER LEE, LTD. and JOHN PETER LEE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HARLEY E. HARMON INSURANCE AGENCY, INC.,<br><br>Third-Party Defendant. | CASE NO.: 2:14-CV-01370-RFB-NJK<br><br>**STIPULATION AND PROPOSED ORDER, PURSUANT TO LOCAL RULE IA 6-1, TO EXTEND THE DEADLINE FOR FILING A PROPOSED SCHEDULING ORDER**<br>**(Third Request)** |

This matter was stayed effective December 5, 2014, when Magistrate Judge Nancy J. Koppe issued an Order staying this action pending the resolution of the malpractice lawsuit, entitled *70 Limited Partnership, et al. v. John Peter Lee, Ltd., et al.*, Case No. A-13-691389-C, Eighth Judicial District, State of Nevada, Clark County ("*Malpractice* action").

The *Malpractice* action involved allegations of attorney malpractice by John Peter Lee, Ltd., and John Peter Lee in connection with their work on an inverse condemnation case, captioned *70 Limited Partnership, et al. v. McCarron International Airport and Clark County*, Clark County District Court, Case no A572739 ("*McCarron* action"). Moreover, the case, captioned *F &C Collections, Inc. and John Peter Lee, Ltd., v. Estate of Thomas T. Beam, Jimma Lee Beam Revocable Trust, 70 Limited, LLC., Leigh, T&D, Inc., Jimma Lee Beam (deceased), Tertia Dvorchak and Bank of Nevada*, Clark County District Court, Case No. A-13-680570-B ("*Collection* action"), began when John Peter Lee, Ltd., sought to recover the fees/costs earned prosecuting the *McCarron* action. The *Malpractice* action was filed after the *Collection* action approximately seven and one-half months later. On or about April 25, 2014, the *Malpractice* action was consolidated with the *Collection* action.

A settlement was reached in the *Collection* action, and *Malpractice* action was dismissed. In light of these developments, the parties recently requested the Court lift the stay. The Court lifted the Stay effective August 17, 2017, and ordered the parties to file a proposed scheduling order by August 24, 2017.

This matter involves six parties. These parties are: (1) Evanston Insurance Company, (2) 70 Limited Partnership, (3) Tertia Dvorchak, (4) John Peter Lee, LTD., (5) the Estate of John Peter Lee, and (6) Harley E. Harmon Insurance Agency, Inc. Evanston Insurance Company, is the professional liability insurer of the deceased John Peter Lee and Mr. Lee's law firm - John Peter Lee, Ltd. Mr. Lee passed away during the time that this matter was stayed. 70 Limited Partnership and Tertia Dvorchak brought the *Malpractice* action against Mr. Lee and John Peter Lee, Ltd. The Estate of John Peter Lee and John Peter Lee, Ltd., filed a Third-Party Complaint against John Peter Lee, Ltd.'s insurance broker, Harley E. Harmon Insurance Agency, Inc., for claims related to the *Malpractice* action.

In the second half of August of 2017, the parties commenced settlement discussions. The parties requested that the deadline for filing a proposed Scheduling Order be extended from August 24, 2017 to September 6, 2017, so that the parties would have time to continue their settlement discussions. The Court granted the request and signed the Stipulation. Thereafter, the parties made a second request that the deadline for filing a proposed Scheduling Order be extended from September 6, 2017 to September 13, 2017, for the parties to continue their settlement discussions. The Court granted the request and signed the Stipulation.

During the past three weeks, the parties have continued settlement discussions. All claims between Evanston Insurance Company, on the one hand, and John Peter Lee, LTD., and the Estate of John Peter Lee, on the other hand, have been tentatively settled. The claims asserted by Evanston Insurance Company against Tertia Dvorchak and 70 Limited Partnership have been tentatively settled. The only remaining claim is the claim of John Peter Lee, LTD., and the Estate of John Peter Lee, on the other hand, against Harley E. Harmon Insurance Agency, Inc., on the other hand. There are ongoing settlement negotiations related to the remaining claim.

The parties request that the deadline for filing a proposed Scheduling Order be extended 9 days to provide additional time for the parties involved to continue their settlement discussions. If the remaining settlement discussions are successful, then the entire matter, including Counterclaims and Third-Party Complaints, will be dismissed. If the settlement discussions are unsuccessful, then the parties will prepare and file a proposed Scheduling Order on or before September 22, 2017.

The Parties hereby stipulate that the deadline to file the proposed Scheduling Order be continued 9 days to September 22, 2017.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

DATED: September 13, 2017　　　　　YARON & ASSOCIATES

By: \s\ *George D. Yaron*
GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay Street, Suite 800
Oakland, California 94612
-AND-
TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and ESTATE OF JOHN PETER LEE

DATED: September 13, 2017　　　　　CLARK HILL, PLLC

By: \s\ *Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorney for Plaintiff and Counter-Defendant
EVANSTON INSURANCE COMPANY

DATED: September 13, 2017　　　　　LITCHFIELD CAVO, LLP

By: \s\ *Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant
HARLEY E. HARMON INSURANCE AGENCY, INC.

DATED: September 13, 2017

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: \s\ *Jeremy R. Alberts*
JEREMY R. ALBERTS
Nevada Bar No. 10497
HOWARD J. RUSSELL
Nevada Bar No. 8879
D. LEE ROBERTS, JR.
Nevada Bar No. 8877
DAVID J. LARSON
Nevada Bar No. 8837
6385 S. Rainbow Blvd, Suite 400
Las Vegas, Nevada 89118
Attorneys for Defendants
70 LIMITED PARTNERSHIP and
TERTIA DVORCHAK

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 14, 2017