GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay St, Suite 800
Oakland, California 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
tmoody@hutchlegal.com

Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and the ESTATE OF JOHN PETER LEE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>70 LIMITED PARTNERSHIP, a Nevada L.P.; TERTIA DVORCHAK, as Special Administratrix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual,<br><br>　　　　Defendants.<br><br>JOHN PETER LEE, LTD. and JOHN PETER LEE,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>HARLEY E. HARMON INSURANCE AGENCY, INC.,<br><br>　　　　Third-Party Defendant. | CASE NO.: 2:14-CV-01370-RFB-NJK<br><br>**STIPULATION AND PROPOSED ORDER, PURSUANT TO LOCAL RULE IA 6-1, TO EXTEND THE DEADLINE FOR FILING A PROPOSED SCHEDULING ORDER**<br>**(Fourth Request)** |

STIPULATION

1

G:\4809\Pleadings\stipulationschedulingorder#4.wpd

This matter was stayed effective December 5, 2014, when Magistrate Judge Nancy J. Koppe issued an Order staying this action pending the resolution of the malpractice lawsuit, entitled *70 Limited Partnership, et al. v. John Peter Lee, Ltd., et al.*, Case No. A-13-691389-C, Eighth Judicial District, State of Nevada, Clark County ("*Malpractice* action").

The *Malpractice* action involved allegations of attorney malpractice by John Peter Lee, Ltd., and John Peter Lee in connection with their work on an inverse condemnation case, captioned *70 Limited Partnership, et al. v. McCarron International Airport and Clark County*, Clark County District Court, Case no A572739 ("*McCarron* action"). Moreover, the case, captioned *F &C Collections, Inc. and John Peter Lee, Ltd., v. Estate of Thomas T. Beam, Jimma Lee Beam Revocable Trust, 70 Limited, LLC., Leigh, T&D, Inc., Jimma Lee Beam (deceased), Tertia Dvorchak and Bank of Nevada*, Clark County District Court, Case No. A-13-680570-B ("*Collection* action"), began when John Peter Lee, Ltd., sought to recover the fees/costs earned prosecuting the *McCarron* action. The *Malpractice* action was filed after the *Collection* action approximately seven and one-half months later. On or about April 25, 2014, the *Malpractice* action was consolidated with the *Collection* action.

A settlement was reached in the *Collection* action, and *Malpractice* action was dismissed. In light of these developments, the parties recently requested the Court lift the stay. The Court lifted the Stay effective August 17, 2017, and ordered the parties to file a proposed scheduling order by August 24, 2017.

This matter involves six parties. These parties are: (1) Evanston Insurance Company, (2) 70 Limited Partnership, (3) Tertia Dvorchak, (4) John Peter Lee, LTD., (5) the Estate of John Peter Lee, and (6) Harley E. Harmon Insurance Agency, Inc. Evanston Insurance Company, is the professional liability insurer of the deceased John Peter Lee and Mr. Lee's law firm - John Peter Lee, Ltd. Mr. Lee passed away during the time that this matter was stayed. 70 Limited Partnership and Tertia Dvorchak brought the *Malpractice* action against Mr. Lee and John Peter Lee, Ltd. The Estate of John Peter Lee and John Peter Lee, Ltd., filed a Third-Party Complaint against John Peter Lee, Ltd.'s insurance broker, Harley E. Harmon Insurance Agency, Inc., for claims related to the *Malpractice* action.

In the second half of August of 2017, the parties commenced settlement discussions. The parties requested that the deadline for filing a proposed Scheduling Order be extended from August 24, 2017 to September 6, 2017, so that the parties would have time to continue their settlement discussions. The Court granted the request and signed the Stipulation. Thereafter, the parties made a second request that the deadline for filing a proposed Scheduling Order be extended from September 6, 2017 to September 13, 2017, for the parties to continue their settlement discussions. The Court granted the request and signed the Stipulation. Recently, the parties made a third request that the deadline for filing a proposed Scheduling Order be extended from September 13, 2017 to September 22, 2017. The Court granted the request and signed the Stipulation.

During the past month, the parties have continued settlement discussions. Evanston Insurance Company, on the one hand, and John Peter Lee, LTD., and the Estate of John Peter Lee, on the other hand, have been tentatively settled. The claims asserted by Evanston Insurance Company against Tertia Dvorchak and 70 Limited Partnership have been tentatively settled. The remaining claim is the claim of John Peter Lee, LTD.; and the Estate of John Peter Lee, on the other hand, against Harley E. Harmon Insurance Agency, Inc., on the other hand. As of yesterday, the parties were making substantial progress toward resolving the remaining claim but no final deal has been worked out yet. The parties are optimistic that the settlement of this remaining claim is imminent.

The parties request that the deadline for filing a proposed Scheduling Order be extended 21 days to provide the parties involved with sufficient time to enter into written settlement agreements and dismiss the lawsuit.

The Parties hereby stipulate that the deadline to file the proposed Scheduling Order be continued 21 days to October 13, 2017.

\\\
\\\
\\\
\\\
\\\

DATED: September 22, 2017        YARON & ASSOCIATES

By: \s\ *George D. Yaron*
GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay Street, Suite 800
Oakland, California 94612
-AND-
TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants, Counter-
Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and ESTATE
OF JOHN PETER LEE

DATED: September 22, 2017        CLARK HILL, PLLC

By: \s\ *Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorney for Plaintiff and Counter-
Defendant
EVANSTON INSURANCE COMPANY

DATED: September 22, 2017        LITCHFIELD CAVO, LLP

By: \s\ *Griffith H. Hayes*
GRIFFITH H. HAYES
Nevada Bar No. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant
HARLEY E. HARMON INSURANCE
AGENCY, INC.

4

STIPULATION                                                 G:\4809\Pleadings\stipulationschedulingorder#4.wpd

DATED: September 22, 2017        WEINBERG, WHEELER, HUDGINS,
                                 GUNN & DIAL, LLC

                          By:    \s\ *Jeremy R. Alberts*
                                 JEREMY R. ALBERTS
                                 Nevada Bar No. 10497
                                 HOWARD J. RUSSELL
                                 Nevada Bar No. 8879
                                 D. LEE ROBERTS, JR.
                                 Nevada Bar No. 8877
                                 DAVID J. LARSON
                                 Nevada Bar No. 8837
                                 6385 S. Rainbow Blvd, Suite 400
                                 Las Vegas, Nevada 89118
                                 Attorneys for Defendants
                                 70 LIMITED PARTNERSHIP and
                                 TERTIA DVORCHAK


                                 IT IS SO ORDERED

                                 _____
                                 UNITED STATES MAGISTRATE JUDGE

                                 DATED:   September 25, 2017