GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay St, Suite 800
Oakland, California 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
gyaron@yaronlaw.com

TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
tmoody@hutchlegal.com

Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and the ESTATE OF JOHN PETER LEE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>70 LIMITED PARTNERSHIP, a Nevada L.P.; TERTIA DVORCHAK, as Special Administratrix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual,<br><br>　　　　Defendants.<br>_____<br>JOHN PETER LEE, LTD. and JOHN PETER LEE,<br><br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>HARLEY E. HARMON INSURANCE AGENCY, INC.,<br><br>　　　　Third-Party Defendant.<br>_____ | CASE NO.: 2:14-CV-01370-RFB-NJK<br><br>**STIPULATION AND PROPOSED ORDER, PURSUANT TO LOCAL RULE IA 6-1, TO EXTEND OR WITHDRAW THE DEADLINE FOR FILING A PROPOSED SCHEDULING ORDER**<br><br>**(Sixth Request)** |

This matter was stayed effective December 5, 2014, when Magistrate Judge Nancy J. Koppe issued an Order staying this action pending the resolution of the malpractice lawsuit, entitled *70 Limited Partnership, et al. v. John Peter Lee, Ltd., et al.*, Case No. A-13-691389-C, Eighth Judicial District, State of Nevada, Clark County ("*Malpractice* action").

The *Malpractice* action involved allegations of attorney malpractice by John Peter Lee, Ltd., and John Peter Lee in connection with their work on an inverse condemnation case, captioned *70 Limited Partnership, et al. v. McCarron International Airport and Clark County,* Clark County District Court, Case no A572739 ("*McCarron* action"). Moreover, the case, captioned *F &C Collections, Inc. and John Peter Lee, Ltd.*, v. *Estate of Thomas T. Beam, Jimma Lee Beam Revocable Trust, 70 Limited, LLC., Leigh, T&D, Inc., Jimma Lee Beam (deceased), Tertia Dvorchak and Bank of Nevada,* Clark County District Court, Case No. A-13-680570-B ("*Collection* action"), began when John Peter Lee, Ltd., sought to recover the fees/costs earned prosecuting the *McCarron* action. The *Malpractice* action was filed after the *Collection* action approximately seven and one-half months later. On or about April 25, 2014, the *Malpractice* action was consolidated with the *Collection* action.

A settlement was reached in the *Collection* action, and *Malpractice* action was dismissed. In light of these developments, the parties requested the Court lift the stay. The Court lifted the Stay effective August 17, 2017, and ordered the parties to file a proposed Scheduling Order by August 24, 2017.

This matter involves six parties. These parties are: (1) Evanston Insurance Company, (2) 70 Limited Partnership, (3) Tertia Dvorchak, (4) John Peter Lee, LTD., (5) the Estate of John Peter Lee, and (6) Harley E. Harmon Insurance Agency, Inc. Evanston Insurance Company, is the professional liability insurer of the deceased John Peter Lee and Mr. Lee's law firm - John Peter Lee, Ltd. Mr. Lee passed away during the time that this matter was stayed. 70 Limited Partnership and Tertia Dvorchak brought the *Malpractice* action against Mr. Lee and John Peter Lee, Ltd. The Estate of John Peter Lee and John Peter Lee, Ltd., filed a Third-Party Complaint against John Peter Lee, Ltd.'s insurance broker, Harley E. Harmon Insurance Agency, Inc., for claims related to the *Malpractice* action.

In the second half of August of 2017, the parties commenced settlement discussions. The parties requested that the deadline for filing a proposed Scheduling Order be extended from August 24, 2017 to September 6, 2017, so that the parties would have time to continue their settlement discussions. The Court granted the request and signed the Stipulation. Thereafter, the parties made a second request that the deadline for filing a proposed Scheduling Order be extended from September 6, 2017 to September 13, 2017, for the parties to continue their settlement discussions. The Court granted the request and signed the Stipulation. Moreover, on September 13, 2017, the parties made a third request that the deadline for filing a proposed Scheduling Order be extended from September 13, 2017 to September 22, 2017, for the parties to continue their settlement discussions. The parties then made a Fourth Request that the deadline for filing a proposed Scheduling Order be extended from September 22, 2017 to October 13, 2017, for the parties to continue their settlement discussions. The Court granted the request and signed the Stipulation.

Thereafter, the parties stipulated (1) to continue the deadline for filing a proposed Scheduling Order until November 15, 2017, or, in the alternative, (2) to withdraw the deadline for filing a proposed Scheduling Order, and agree to provide the Court with a written update on the status of the dismissal of the action by November 15, 2017, if the entire lawsuit was not dismissed by that date. The Court granted the request and signed the Stipulation.

At this point, all of the claims have been tentatively settled. The parties are working on finalizing a written settlement agreement. Once the written settlement agreement has been finalized and settlement checks exchanged, then the parties will file a Stipulation of Dismissal.

The parties hereby stipulate (1) to continue the deadline for filing a proposed Scheduling Order until December 15, 2017, or, in the alternative, (2) to withdraw the deadline for filing a proposed Scheduling Order, and agree to provide the Court with a written update on the status of the dismissal of the action by December 15, 2017, if the entire lawsuit has not been dismissed by that date.

///
///
///

|   |   |   |
|---|---|---|
| DATED: November 14, 2017 | | YARON & ASSOCIATES |

By: _\s\ George D. Yaron_

GEORGE D. YARON
Nevada Bar No. 7959
YARON & ASSOCIATES
1300 Clay Street, Suite 800
Oakland, California 94612
-AND-
TODD L. MOODY
Nevada Bar No. 5430
HUTCHISON & STEFFEN ATTORNEYS
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs
JOHN PETER LEE, LTD., and ESTATE OF JOHN PETER LEE

DATED: November 14, 2017                CLARK HILL, PLLC

By: _\s\ Nicholas M. Wieczorek_

NICHOLAS M. WIECZOREK
Nevada Bar No. 006170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Attorney for Plaintiff and Counter-Defendant
EVANSTON INSURANCE COMPANY

DATED: November 14, 2017                LITCHFIELD CAVO, LLP

By: _\s\ Griffith H. Hayes_

GRIFFITH H. HAYES
Nevada Bar No. 7374
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant
HARLEY E. HARMON INSURANCE AGENCY, INC.

DATED: November 14, 2017       WEINBERG, WHEELER, HUDGINS,
                               GUNN & DIAL, LLC

                         By:   \s\ *Jeremy R. Alberts*
                               JEREMY R. ALBERTS
                               Nevada Bar No. 10497
                               HOWARD J. RUSSELL
                               Nevada Bar No. 8879
                               D. LEE ROBERTS, JR.
                               Nevada Bar No. 8877
                               DAVID J. LARSON
                               Nevada Bar No. 8837
                               6385 S. Rainbow Blvd, Suite 400
                               Las Vegas, Nevada 89118
                               Attorneys for Defendants
                               70 LIMITED PARTNERSHIP and
                               TERTIA DVORCHAK

The parties shall provide the Court with a status report no later than December 15, 2017.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE


DATED:   November 15, 2017