NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
CLARK HILL PLLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
NWieczorek@clarkhill.com

Attorneys for EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>70 LIMITED PARTNERSHIP, a Nevada L.P.; TERTIA DVORCHAK, as Special Administratrix of the Estate of Thomas T. Beam, Deceased; JOHN PETER LEE, LTD., a Nevada Professional Corporation; and JOHN PETER LEE, an Individual,<br><br>Defendants.<br><br>JOHN PETER LEE, LTD. and JOHN PETER LEE,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>HARLEY E. HARMON INSURANCE AGENCY, INC.,<br><br>Third-Party Defendants. | Case No.: 2:14-CV-01370-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that this action be dismissed in its entirety with

---

Stipulation and Order for Dismissal With Prejudice

prejudice with each party to bear their own attorneys' fees and costs.

DATED: January 4, 2018

                                        CLARK HILL PLLC

                                        By: */s/ Nicholas M. Wieczorek*
                                               NICHOLAS M. WIECZOREK
                                               Nevada Bar No. 6170
                                               3800 Howard Hughes Parkway
                                               Suite 500
                                               Las Vegas, Nevada 89169
                                               Attorneys for EVANSTON INSURANCE COMPANY

DATED: January 4, 2018

                                        WEINBERG WHEELER, HUDGINS,
                                        GUNN & DIAL, LLC

                                        By: */s/ Howard J. Russell*
                                               HOWARD J. RUSSELL
                                               Nevada Bar No. 8879
                                               D. LEE ROBERTS
                                               Nevada Bar No. 8877
                                               DAVID J. LARSON
                                               Nevada Bar No. 8837
                                               JEREMY R. ALBERTS
                                               Nevada Bar No. 10497
                                               6385 S. Rainbow Boulevard, Suite 400
                                               Las Vegas, Nevada 89118
                                               Attorneys for 70 LIMITED PARTNERSHIP AND TERTIA DVORCHAK

. . . . .

. . . . .

. . . . .

. . . . .

DATED: January 4, 2018   YARON & ASSOCIATES

By: */s/ George D. Yaron*
    GEORGE D. YARON
    Nevada Bar No. 7959
    1300 Clay Street, Suite 800
    Oakland, California 94612
    AND
    TODD L. MOODY
    Nevada Bar No. 5430
    FREDRICK P. WAID
    HUTCHINSON & STEFFEN ATTORNEYS
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145
    Attorneys for JOHN PETER LEE, LTD.,
    and ESTATE OF JOHN PETER LEE

DATED: January 4, 2018   LITCHFIELD CAVO, LLP

By: */s/ Griffith H. Hayes*
    GRIFFITH H. HAYES
    Nevada Bar No. 7374
    3753 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Attorneys for HARLEY E. HARMON
    INSURANCE AGENCY, INC.

## ORDER

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: **January 5, 2018**

216664621.1

---
3
Stipulation and Order for Dismissal With Prejudice